## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**JAMES P. MCKINNEY**                                                                        **PLAINTIFF**

**VS.**                                                                  **CIVIL ACTION NO.:** ___3:22CV159-SA-RP___

**WALMART STORES**                                                                          **DEFENDANT**

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Walmart Inc., improperly named "Walmart Stores" in the caption (hereafter, "Walmart" or "Defendant"), hereby removes this case from the Circuit Court of Union County Mississippi to the United States District Court for the Northern District of Mississippi, Oxford Division. The grounds for removal are as follows:

1.  James P. McKinney ("Plaintiff") commenced this action on or about May 27, 2022, by filing his Complaint in the Circuit Court of Union County, Mississippi, which was assigned Civil Action No. CV2022-087, and styled "*James P. McKinney vs. Walmart Stores*." Walmart was served with the Complaint on or about June 29, 2022. A copy of the Complaint is attached as **Exhibit 1**.

2.  This Court has original jurisdiction over Plaintiff's Complaint because the Complaint alleges violations of federal law under the Age Discrimination in Employment Act, 29 U.S.C. §621, *et seq*. and race discrimination and retaliation under Title VII of the 1964 Civil Rights Act, 42 U.S.C. § 2000e *et seq*.  Pursuant to 28 U.S.C. §1441(a), "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be

1

removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

3. The United States District Court for the Northern District of Mississippi, Oxford Division, is the federal judicial district and division that embraces the Circuit Court of Union County, Mississippi, where Plaintiff originally filed his suit. Therefore, this Court is a proper venue for this action pursuant to 28 U.S.C. §1391.

4. In accordance with 28 U.S.C. §1446(d) and Rule 5(b) of the Local Uniform Civil Rules, true and legible copies of all process, pleadings, motions and orders on file with the Circuit Court of Union County, Mississippi, will be requested. Upon receipt, Walmart will electronically file a complete certified copy of the file no later than fourteen days from the date of the removal, in accordance with Rule 5(b) of the Local Uniform Civil Rules.

5. This Notice of Removal is timely filed in compliance with 28 U.S.C. §1446(b)(1), because it is filed within thirty days after June 29, 2022.

**WHEREFORE**, notice is hereby given that this action is removed from the Circuit Court of Union County, Mississippi, to the United States District Court for the Northern District of Mississippi, Oxford Division.

THIS the 26th day of July, 2022.

Respectfully submitted,

s/Steven R. Cupp
Steven R. Cupp (MSB# 99975)
Kelly McCall (MSB# 105965)
Fisher & Phillips, LLP
2505 14th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: 228-822-1440
Facsimile: 228-822-1441
scupp@fisherphillips.com
kmccall@fisherphillips.com

2

FP 44502086.1

## CERTIFICATE OF SERVICE

I, STEVEN R. CUPP, of the law firm of Fisher & Phillips, LLP, do hereby certify that I have filed the foregoing with the Clerk of Court utilizing the ECF Filing System. I also do hereby certify that I have sent a true and correct copy of the foregoing via U.S. Mail and Electronic Mail to the following address:

Philip C. Hearn, Esq.
HEARN LAW FIRM, PA
P.O. Box 1
Blue Mountain, MS 38610
Tel: (601) 720-3541
Fax: (662) 524-3530
philiphearn@yahoo.com

SO CERTIFIED this the 26th day of July, 2022.

s/Steven R. Cupp
STEVEN R. CUPP (MSB# 99975)

3